1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>v.<br><br>**Cristal Luengas Suarez**,<br><br>                                        Defendant. | Case No.:  **22-cr-01508-RSH**<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

1

**22-cr-01508-RSH**

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently set for August 12, 2022 at 1:30pm be continued to September 23, 2022 at 1:30pm.

It is FURTHER ORDERED that, the parties agreeing to exclusion of time, the time between those two dates is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7), in that the Court finds, for reasons set forth in the joint motion, that the ends of justice served by the granting of the continuance outweigh the interest of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated:  August 10, 2022

Hon. Robert S. Huie
United States District Judge

22-cr-01508-RSH